```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 03 B 51270
    HOWARD MAIDEN
    JACKIE MAIDEN                            CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-4472      SSN XXX-XX-9767

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/22/2003 and was confirmed 03/10/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/01/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
FORD MOTOR CREDIT          SECURED          14036.61       1308.03       14036.61
WASHINGTON MUTUAL          CURRENT MORTG         .00            .00            .00
AT & T                     UNSEC W/INTER   NOT FILED            .00            .00
CAPITAL ONE BANK           UNSEC W/INTER      943.57         124.27         307.23
RESURGENT ACQUISITION LL   UNSEC W/INTER     3780.12         497.23        1230.83
ECAST SETTLEMENT CORP      UNSEC W/INTER     1067.30         140.44         347.53
DISCOVER FINANCIAL SERVI   UNSEC W/INTER     6179.45         812.91        2012.07
JOSEPH WROBEL              DEBTOR ATTY       1,994.00                     1,994.00
TOM VAUGHN                 TRUSTEE                                        1,273.85
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               24,085.00

PRIORITY                                             .00
SECURED                                        14,036.61
    INTEREST                                    1,308.03
UNSECURED                                       3,897.66
    INTEREST                                    1,574.85
ADMINISTRATIVE                                  1,994.00
TRUSTEE COMPENSATION                            1,273.85
DEBTOR REFUND                                        .00
                       ---------------       ---------------
TOTALS                24,085.00               24,085.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
 Dated: 12/05/07                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```